IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEBRA ANN ANDERSON | ) |
| | ) |
| PHH Mortgage Corporation, | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 06B12662 |
| | ) JUDGE Pamela S. Hollis |
| DEBRA ANN ANDERSON, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes PHH Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the March 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of March 1, 2010:

   | | | |
   |---|---|---|
   | a. | Attorney's Fees | $250.00 |
   | b. | March Payment | $1,770.43 |
   | c. | Suspense | -$839.43 |
   | | Total | $1,181.00 |

   If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice PHH Mortgage Corporation rights to collect these amounts will be unaffected.

Respectfully Submitted,
PHH Mortgage Corporation

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088